*Town of Aurora,* 202 AD2d 984, 985). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Summary Judgment.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.

■ MICHAEL EDBAUER, Respondent, v BOARD OF EDUCATION OF NORTH TONAWANDA CITY SCHOOL DISTRICT et al., Defendants. BOARD OF EDUCATION OF NORTH TONAWANDA CITY SCHOOL DISTRICT et al., Third-Party Plaintiffs, v MCPHERSON STEEL CORPORATION, Third-Party Defendant-Appellant. (Appeal No. 1.) [730 NYS2d 924] —Appeal unanimously dismissed without costs (*see,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Discovery.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.

■ MICHAEL EDBAUER, Respondent, v BOARD OF EDUCATION OF NORTH TONAWANDA CITY SCHOOL DISTRICT et al., Defendants. BOARD OF EDUCATION OF NORTH TONAWANDA CITY SCHOOL DISTRICT et al., Third-Party Plaintiffs, v MCPHERSON STEEL CORPORATION, Third-Party Defendant-Appellant. (Appeal No. 2.) [730 NYS2d 919] —Appeal unanimously dismissed without costs (*see,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Discovery.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe And Burns, JJ.

■ MICHAEL EDBAUER, Respondent-Appellant, v BOARD OF EDUCATION OF NORTH TONAWANDA CITY SCHOOL DISTRICT et al., Respondents. BOARD OF EDUCATION OF NORTH TONAWANDA CITY SCHOOL DISTRICT et al., Third-Party Plaintiffs, v MCPHERSON STEEL CORPORATION, Third-Party Defendant-Appellant-Respondent. MCPHERSON STEEL CORPORATION, Fourth-Party Plaintiff, v EMPIRE BUILDING DIAGNOSTICS, INC., Fourth-Party Defendant-Respondent. (Appeal No. 3.) [731 NYS2d 309] —Judgment unanimously reversed on the law without costs and new trial granted on damages only. Memorandum: Plaintiff commenced this action seeking to recover under, *inter alia,* Labor Law § 240 (1) for injuries sustained in a 55- to 60-foot fall at a demolition site. Defendants impleaded plaintiff's employer, McPherson Steel Corporation (McPherson). Only plaintiff and McPherson participate in these appeals, the first two of which are from intermediate orders resolving certain discovery and subpoena issues that arose during trial, and the third of which is from the structured final judgment awarding plaintiff past and future damages of approximately $3,600,000.

We conclude that Supreme Court erred in denying that part of McPherson's motion seeking to compel plaintiff to submit to an independent examination by McPherson's vocational reha-